UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-05776-VAP(ASx) | Date | April 30, 2021 |
|---|---|---|---|
| Title | *Shake Satamian v. Costco Wholesale Corporation dba Costco Wholesale Warehouse, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):** **Order To Show Cause re Contempt Against Third-Party Witnesses (Docket No. 36)**

On April 30, 2021, Defendant Costco Wholesale Corporation ("Costco") filed a motion for an order of contempt and sanctions against third party witnesses Justina Carillo and Jose Ramirez based on their failure to respond to, and appear for, deposition subpoenas and for sanctions in the amount of $875. (Dkt. No. 36).

Rule 45(g) states that a district court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Defendant's motion demonstrates that a registered process server personally served (1) Justina Carillo with a deposition subpoena on January 27, 2021, for a deposition scheduled on February 2, 2021, and a deposition subpoena on February 22, 2021, for a deposition scheduled on March 10, 2021; and (2) Jose Ramirez with a deposition subpoena on January 27, 2021, for a deposition scheduled on February 2, 2021, and a deposition subpoena on February 22, 2021, for a deposition scheduled on March 10, 2021. (Dkt. No. 36 at 3; Declaration of Michael Miretsky ¶¶ 4-6, 8-11, 18-19, 21; Exhs. B, C, D, F, G, H, I). The witnesses failed to appear for depositions on March 10, 2021, or otherwise respond to the subpoenas, voicemail messages and mail communication by Defendant's counsel. (No. 36 at 3; Miretsky Decl., ¶¶ 3, 7, 16, 20, 22-26; Exhs. A, E).

Pursuant to Rule 45(g), the Court ORDERS (1) Justina Carillo to show cause why she should not be held in contempt of court or otherwise required to comply with the deposition subpoena issued in this action; and (2) Jose Carillo to show cause why he should not be held in contempt of court or otherwise required to comply with the deposition subpoena issued in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 20-05776-VAP(ASx) | Date | April 30, 2021 |
|---|---|---|---|
| Title | *Shake Satamian v. Costco Wholesale Corporation dba Costco Wholesale Warehouse, et. al.,* | | |

Any response to this Order must be filed with the Court by noon on May 21, 2021. A hearing on the Order to Show Cause will be held telephonically on **June 1, 2021, at 10:00 a.m**. The call-in information will be emailed to the parties. Defendant is ordered to personally serve Justina Carillo and Jose Ramirez with this Order, the motion for an order of contempt,[1] and provide the Clerk with email contact information for these individuals, if available.

IT IS SO ORDERED.

cc: Virginia A. Phillips
United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |

---

[1] Defendant's motion did not include a proof of service to the third party witnesses.